

**Tyler D. Ricker**
tricker@simsfunk.com
(615) 425-5889 - direct
(615) 649-8565 - fax

November 6, 2025

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**   ***Row Associates, LLC v. Cherry Tree Dental, LLC* et al.**
             **Civil Action No. 1:25-cv-07612-LGS**
             **Joint Letter Requesting Permission to Appear Virtually**

Dear Judge Schofield:

      Earlier this week, the Court entered an order adjourning the initial pretrial conference to November 18, 2025, at 3:30 p.m. EDT. Due to preexisting scheduling conflicts, lead counsel for the parties, who are located outside New York City, are unable to appear in person at the newly scheduled time and date. The parties, therefore, write to jointly request that counsel be allowed to appear virtually via telephone at the initial conference on November 18, 2025.

      We thank the Court for its attention to this matter.

Sincerely,

Application **GRANTED**. The initial pretrial conference, scheduled for 3:30 pm on November 18, 2025, will be held telephonically. The conference can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: November 7, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*/s/ Tyler D. Ricker*
Tyler D. Ricker
Counsel for Plaintiff

Helen M. Maher
MAHER LEGAL GROUP, PLLC
399 Knollwood Road, Suite 318
White Plains, New York 10603
(914)384-7954
hmaher@maherlegalgroup.com

*Attorneys for Plaintiff*

Hon. Lorna G. Schofield
November 6, 2025
Page 2 of 2

-and-


/s/ Harry H. Rimm
Harry H. Rimm
WOMBLE BOND DICKINSON (US) LLP
888 Seventh Avenue
38th Floor
New York, NY 10106
332-258-8480
harry.rimm@wbd-us.com

Andrew L. Dubin
WOMBLE BOND DICKINSON (US)
LLP1221 Main Street, Suite 1600
Columbia, SC 29201
(803)454-7716
(803)454-6509
Andrew.Dubin@wbd-us.com

*Attorneys for Defendants*


cc:  All counsel of record via CM/ECF.