UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

ROW ASSOCIATES, LLC,
                               :
                     Plaintiff,    :         25 Civ. 7612 (LGS)
                               :
             -against-          :         **ORDER**
                               :

CHERRY TREE DENTAL, LLC, et al.,   :
                               :
                   Defendants.  :X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held on December 9, 2025.  It is hereby

**ORDERED** that by **December 19, 2025**, Plaintiff shall file an amended complaint, as

discussed at the conference.  It is further

**ORDERED** that the parties shall meet and confer regarding mediation, including by

selecting a mediator.  The parties shall file a joint letter updating the Court on their selection by

**December 19, 2025**.

Dated:  December 9, 2025
        New York, New York

                                    LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE