UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                         :

ROWASSOCIATES, LLC,               :

                        Plaintiff,   :

                               :       25 Civ. 7612 (LGS)

            -against-        :

                               :

CHERRY TREE DENTAL, LLC      :       **ORDER**
and DEERPATH CAPITAL         :
MANAGEMENT, LP,            :

                    Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan, dated December 9, 2025, required the

parties to file their mid-discovery status letter by January 6, 2026.

      WHEREAS, nothing has been filed on the docket since December 23, 2025.  It is hereby

      **ORDERED** that the parties shall file the required status letter by **January 12, 2026**.

Dated: January 8, 2026
      New York, New York

                               **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**