UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROW ASSOCIATES, LLC, Plaintiff, | : | |
| -against- | : | 25 Civ. 7612 (LGS) |
| CHERRY TREE DENTAL, LLC and DEERPATH CAPITAL MANAGEMENT, LP, Defendants. | : | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference to discuss anticipated dispositive motions is scheduled for August 18, 2026, at 3:30 pm. It is hereby

**ORDERED** that, due to a scheduling conflict, the pre-motion conference scheduled for August 18, 2026, is **ADJOURNED** to **September 1, 2026**, at **3:30 pm**. The conference will be held at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

Dated: August 6, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**